IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

VS.  CASE No. 4:16cr00132-DMB-JMV

PRESTON LEE FLETCHER

## ORDER DENYING MOTION FOR APPOINTMENT OF NEW COUNSEL

Before the Court is Preston Fletcher's *pro se*, handwritten motion [12] for appointment of new counsel. Mr. Fletcher essentially requests that all proceedings in this matter be continued and that new counsel be appointed in place of current counsel on the sole ground that his current attorney, George Lucas, is "ineffective." With regard to Mr. Fletcher's request for a continuance, the district judge will take up that matter. However, as concerns his request for removal of current counsel and appointment of new counsel, the motion is hereby DENIED because Mr. Fletcher has failed to provide any facts whatsoever in support of his claim that his counsel is providing ineffective assistance. Counsel for Mr. Fletcher is directed to promptly provide him with a copy of this order.

**SO ORDERED** this 9th day of February, 2017.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**